# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AISHA PANKEY,

    Plaintiff,

v.

EL CORTEZ CASINO, *et al*.,

    Defendants.

Case No. 2:11-CV-00567-KJD-CWH

**ORDER**

    Court mail addressed to Plaintiff has been returned as undeliverable.  (See ## 5, 6). Accordingly, the Court dismisses the complaint against defendants without prejudice in accordance with Local Special Rule 2-2 for Plaintiff's failure to update her current address.

**IT IS SO ORDERED.**

    DATED this 31st day of November 2011.

_____
Kent J. Dawson
United States District Judge